AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Brian Silva

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-12371 MLW**

TO: (Name and address of Defendant)

Brian Silva
3 Heath Road
Peabody, MA 01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

February 24, 2004

I hereby certify and return that on 2/23/2004 at 11:05 am I served a true and attested copy of the summons, complaint, civil cover sheet, case cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of BRIAN SILVA 3 Heath Road, Peabody, MA 01960, and by mailing 1st class to the above address on 2/23/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($3.00), Copies ($10.00) Total Charges $37.70

Deputy Sheriff *(signature)*

Deputy Sheriff Michael Burke

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.