## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DIRECTV, INC.** | ) | **Case No.:  03cv12371 MLW** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **WITHDRAWAL OF REQUEST** |
| vs. | ) | **FOR ENTRY OF DEFAULT** |
| | ) | |
| **Brian Silva** | ) | |
| | ) | |
| Defendant | ) | |

Now comes the Plaintiff DIRECTV, INC. (hereinafter "DIRECTV" or the "Plaintiff") in the above-entitled action and it now moves this Honorable Court to withdrawal its prior Request for Entry of Default in this action filed on April 28, 2004.

As reasons therefore, the Plaintiff states.

**WHEREFORE**, the Plaintiff respectfully moves this Honorable Court to withdraw its pending Request for Entry of Default against the Defendant.  The Affidavit of Plaintiff's Attorney verifying the above referenced factual scenario is annexed hereto and made a part hereof.

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

_____
John M. McLaughlin
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Date

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the May 26, 2004, a copy of the foregoing was over mailed to:


Brian Silva
3 Heath Rd.
Peabody, MA  01960

_____
John M. McLaughlin, Esq.