UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: 03cv12371 MLW |
| | ) |
| Plaintiff, | ) AFFIDAVIT OF ATTORNEY FOR |
| | ) PLAINTIFF'S MOTION FOR |
| vs. | ) WITHDRAWAL OF REQUEST |
| | ) FOR ENTRY OF DEFAULT |
| Brian Silva | ) |
| | ) |
| Defendant | ) |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On November 24, 2003, the Plaintiff filed a Complaint against the Defendant, Brian Silva, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On April 28, 2004, the Plaintiff filed a Request For Entry Of Default based upon an affidavit, which stated that the Defendant had not answered or otherwise responded.

3. Plaintiff's initial request was based upon Plaintiff's counsel understanding that no answer had been made.

4. On or about March 19, 2004 Defendant apparently filed an unusual document that has been accepted as an answer by this Court prior to my seeking Default.

5. While this document was not noted as an answer in my file, I now believe that said document at least represents a defense.

Subscribed and sworn to, under the pains and penalties of perjury.

                                      Respectfully Submitted for the Plaintiff,
                                      DIRECTV, INC.
                                      By Its Attorney,

_5/24/04_                             _/s/ John M. McLaughlin_
Date                                John M. McLaughlin (CT16988)
                                      **MCLAUGHLIN SACKS, LLC**
                                      31 Trumbull Road
                                      Northampton, MA 01060
                                      (413) 586-0865