UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIRECT T.V., | ) | |
|     Plaintiff(s) | ) | |
| | ) | |
| v. | ) | C.A. No.  03-12371-MLW |
| | ) | |
| BRIAN SILVA, | ) | |
|     Defendant(s) | ) | |

SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on September 28, 2004 by counsel for the plaintiff that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                                   By the Court:
                                                   Tony Anastas, Clerk

September 28, 2004                             /s/Dennis O'Leary
Date                                                             Deputy Clerk